**FILED**
JUL - 7 2010
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Case No. 09-CR-227 (HHK) |
| : | |
| : | *let this be filed.* |
| RONALD J. FLEET : | Royce C. Lamberth |
| | U.S.D.J. 7/7/10 |

## STATEMENT OF FACTS

The parties in this case, the United States of America and the defendant, Ronald J. Fleet, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that a sufficient factual basis exists for the offenses to which the defendant is pleading guilty, and to establish relevant conduct for sentencing.

On December 20, 2008, FBI Special Agent Scott Shelble, working in an undercover capacity, represented himself in a Yahoo! internet chatroom as a 37-year-old man known as "Glenn" with an 11 year-old stepdaughter, whom he called "Brittany." The defendant, Ronald J. Fleet, initiated contact with the undercover officer, and almost immediately told "Glenn" that he was a "closet pedophile." During this online chat, the defendant expressed sexual interest in "Brittany," and emailed 32 images of child pornography to "Glenn." The images included approximately five images of prepubescent minors, some as young as three years old, being anally penetrated by an adult male penis.

Beginning on December 20, 2008, and continuing through October 2009, the defendant engaged in conversations with "Glenn" in which he discussed obtaining his assistance to gain sexual

access to "Brittany." Also beginning on December 20, 2008, the defendant discussed communicating directly with "Brittany" and meeting her for the purpose of sexual activity. For example, the defendant told "Glenn" that his son lived in Virginia Beach, which was true, stated that he might come to the area "in a few months," and that he would "love the opportunity to seduce" the child, asking if she was "ready for penetration yet." The defendant told "Glenn" that he had "wanted this all my life. [M]y name is [R]on."

The defendant emailed with the undercover officer several times in December 2008 and March 2009, always having explicit conversation about his sexual interest in "Brittany."

In April, 2009, the defendant chatted on line with the undercover officer who portrayed both "Glenn" and "Brittany" in separate conversations. On April 20, 2009, during his first online chat with "Brittany," the defendant sent approximately 48 images of child pornography to her. Of the 48 images, approximately 24 depicted prepubescent children, and at least one image depicted a prepubescent child being vaginally penetrated with the handle of a hairbrush. The defendant communicated with "Brittany" by email four times between April and July 2009, and once by telephone[1] on July 13, 2009. During each communication, the defendant ~~expressed his~~ stated a ss a2 Rf desire to engage in sexual activity with "Brittany." During an online chat with "Glenn" on August 3, 2009, the defendant stated that he had purchased a plane ticket to come visit "Glenn" and "Brittany" on August 29 and 30 for the purpose of engaging in sexual activity with "Brittany." On August 4, 2009, the defendant emailed "Glenn" and told him that he had to cancel his trip for work reasons, but hoped to reschedule for Christmas, 2009. The defendant maintains that he never purchased a plane

---

[1] During this conversation, "Brittany" was portrayed by a female FBI agent working with SA Schelble.

ticket.

The defendant reinitiated contacted with both "Glenn" and "Brittany" on August 21 and 22, and on the later date, sent 12 additional images of child pornography to "Glenn." At least five of these images depicted prepubescent children.

The defendant was indicted on two counts of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a),[2] and one count of Attempted Enticement of a Minor, in violation of 18 U.S.C. § 2422(b), on or about September 10, 2009, and a bench warrant was issued. The defendant was arrested on November 11, 2009, by United States Customs and Border Protection officers at the U.S.-Canadian border crossing in Blaine, Washington. The defendant was subsequently extradited to Washington D.C.

_____  
AMY ZUBRENSKY  
Assistant United States Attorney  

7/1/10  
Date

_____  
JONATHAN JEFFRESS, ESQ.  
Attorney for Defendant Ronald J. Fleet  

7/7/10  
Date

_____  
RONALD J. FLEET  
Defendant  

7-7-10  
Date

---

[2] The December 20, 2008, distribution was not charged in the Indictment, as SA Schelble was located in Virginia when he received them.